RECEIVED & FILED
CLERK'S OFFICE
APR 30 2026
US DISTRICT COURT
SAN JUAN, PR

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, <br><br> v. <br><br> **ALEXIS ORTIZ GONZALEZ,** Defendant. | **INDICTMENT** <br><br> CRIMINAL NO. 26- 177 (PAD) <br><br> **VIOLATIONS:** <br> 18 U.S.C. § 2252A(a)(2) & (b)(1) <br> 18 U.S.C. § 2252A(a)(5)(B) & (b)(2) <br><br> TWO COUNTS & ONE <br> FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES:**

### COUNT ONE
**Receipt/Distribution of Child Exploitation Material**
(Title 18, United States Code, Section 2252A(a)(2) & (b)(1))

From in or about February 2024, through in or about October 2024, in the District of Puerto Rico, and within the jurisdiction of this Court, the defendant,

**ALEXIS ORTIZ GONZALEZ,**

did knowingly receive and distribute, using a means and facility of interstate and foreign commerce, and in or affecting interstate and foreign commerce by any means, including by cellular phone device, any child pornography as defined by Title 18, United States Code, Section 2256(8)(A). All in violation of Title 18, United States Code, Section 2252A(a)(2) & (b)(1).

### COUNT TWO
**Possession of Child Exploitation Material**
(Title 18, United States Code, Section 2252A(a)(5)(B) & (b)(2))

From in or about August 2021, through on or about April 23, 2026, in the District of Puerto Rico, and within the jurisdiction of this Court,

**ALEXIS ORTIZ GONZALEZ,**

the defendant herein, knowingly possessed, any material containing an image of child pornography, as defined by Title 18, United States Code, Section 2256(8)(A), that has been mailed, shipped and transported using any means and facility of interstate and foreign commerce, and in or affecting interstate and foreign commerce, and was produced using materials which had been mailed, shipped and transported in or affecting interstate and foreign commerce by any means, including by computer, that is: the defendant possessed images of child pornography in a cellular phone device.  All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) & (b)(2).

## FORFEITURE ALLEGATION

The allegations of this Indictment are re-alleged as if fully set forth herein, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

If convicted of the offenses set forth above, **ALEXIS ORTIZ GONZALEZ,** the defendant herein, shall forfeit to the United States all materials or property used or intended to be used in the receipt, distribution and possession of child pornography material, including, but not limited, to a cellular phone device.  All pursuant to Title 18, United States Code, Section 2253.

W. STEPHEN MULDROW
United States Attorney

TRUE BILL

_____
Jenifer Y. Hernández Vega
Assistant United States Attorney
Chief, Child Exploitation & Immigration

FOREPERSON

Date: April 30, 2026

_____
Elba Gorbea
Assistant United States Attorney
Child Exploitation & Immigration Unit

2