**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA** *Plaintiff,* <br><br> v. <br><br> **ALEXIS ORTIZ-GONZALEZ,** *Defendant.* | **Crim. No. 26-177 (PAD)** |

## MOTION TO CLARIFY BAIL CONDITIONS

Alexis Ortiz Gonzalez, represented by the Federal Public Defender for the District of Puerto Rico through the undersigned attorney, and very respectfully requests that his bail conditions be clarified as to whether he can have supervised contact with anyone under the age of 18 or whether he is prohibited from contact with any minor.  In support of this request, Mr. Ortiz states as follows:

On May 1, 2026, Mr. Ortiz attended his initial hearing after an Indictment was returned against him, alleging that he violated 18 U.S.C. § 2252A(a)(2) & (b)(1), and 18 U.S.C. § 2252A(a)(5)(B) & (b)(2). DE-3; *see also* DE-7. On May 5, 2026, Mr. Ortiz was granted conditions of release. DE-12.

The Order Setting Conditions of Release indicates that Mr. Ortiz should have no unsupervised contact with anyone under the age of 18 and that he should comply with prohibitions on contact with any minor. DE-16. Mr. Ortiz respectfully requests clarification as to whether he may have supervised visits with minors. Specifically, whether his sister may visit him with his nieces.

**WHEREFORE**, Mr. Ortiz respectfully requests this Honorable Court to note the above information and clarify the conditions of release.

1

**I CERTIFY** that on this date I electronically filed the present motion with the Clerk of Court using the CM/ECF system, which will send notification to all parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 20th of May 2026.

**Rachel Brill**
Federal Public Defender

**_S / MaríaCarolina Gómez-González_**
MaríaCarolina Gómez-González
Assistant Federal Public Defender
USDC-PR G03715
241 F.D. Roosevelt Ave.
Hato Rey, P.R. 00918-2441
(787) 474-6394/ Fax (787) 281-4899