**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>*Plaintiff,*<br><br>v.<br><br>**ALEXIS ORTIZ-GONZALEZ,**<br>*Defendant.* | **Crim. No. 26-177 (PAD)** |

### EMERGENCY MOTION TO ATTEND FUNERAL SERVICE

Alexis Ortiz Gonzalez, represented by the Federal Public Defender for the District of Puerto Rico through the undersigned attorney, and very respectfully requests that he be allowed to attend to his grandmother's funeral services today and tomorrow. In support of this request, Mr. Ortiz states as follows:

On May 1, 2026, Mr. Ortiz attended his initial hearing after an Indictment was returned against him, alleging that he violated 18 U.S.C. § 2252A(a)(2) & (b)(1), and 18 U.S.C. § 2252A(a)(5)(B) & (b)(2). DE-3; *see also* DE-7. On May 5, 2026, Mr. Ortiz was granted conditions of release that include home incarceration, electronic monitoring, and Adam Walsh Special conditions. DE-12.

On May 28, 2026, Mr. Ortiz's paternal grandmother, Maria Teresa Vazquez Quinones, passed away in Manati, Puerto Rico. Mr. Ortiz's family arranged for her funeral viewing to be held today, June 1, 2026, from 3pm-8pm, at Funeraria Gonzalez Artuz and her burial tomorrow at Valle de los Sueños Memorial Park cemetery, also in Manati, Puerto Rico, at 10am. Due to Ms. Vazquez's sudden tragic loss, Mr. Ortiz respectfully requests emergency permission from this Court, to travel to Manati, Puerto Rico and attend his grandmother's viewing and burial.

1

Lastly, today, June 1, 2026, undersigned confirmed with U.S. Probation officer that Mr. Ortiz is in compliance with his bail conditions.

**WHEREFORE**, Mr. Ortiz respectfully requests this Honorable Court to note the above information and grant his emergency request to attend his grandmother's funeral services.

**I CERTIFY** that on this date I electronically filed the present motion with the Clerk of Court using the CM/ECF system, which will send notification to all parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 1st of June 2026.

**Rachel Brill**
Federal Public Defender

***S / MaríaCarolina Gómez-González***
MaríaCarolina Gómez-González
Assistant Federal Public Defender
USDC-PR G03715
241 F.D. Roosevelt Ave.
Hato Rey, P.R. 00918-2441
(787) 474-6394/ Fax (787) 281-4899